# EXHIBIT H

Case: 1:19-cv-04573 Document #: 126-8 Filed: 11/11/21 Page 2 of 15 PageID #:1285

Report Date: 17 Dec 2020
Report Time: 1327 Hrs
Information Services Division
Data Warehouse
Produced by:

# CPD Personnel Who Accessed
# IR Number: 1309509
# 01-Dec-2018 Through 15-Mar-2020



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 13-Mar-2019 1752 | 1309509 | IR # | FORM | ARRESTEE HISTORY | PC0Q732 | BARSCH, HENRY J | 620 | 9165 | 31872 |
| 13-Mar-2019 1753 | 1309509 | IR # | REPORT | RAP SHEET | PC0Q732 | BARSCH, HENRY J | 620 | 9165 | 31872 |
| 13-Mar-2019 2227 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0R446 | HILL, DONALD W | 620 | 9165 | 37559 |
| 13-Mar-2019 2228 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0R446 | HILL, DONALD W | 620 | 9165 | 37559 |
| 13-Mar-2019 2230 | 1309509 | IR # | FORM | ARRESTEE HISTORY | PC0H173 | BECK, ROBERT | 620 | 9171 | 52528 |
| 13-Mar-2019 2231 | 1309509 | IR # | REPORT | RAP SHEET | PC0H173 | BECK, ROBERT | 620 | 9171 | 52528 |
| 13-Mar-2019 2346 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0R446 | HILL, DONALD W | 620 | 9165 | 37559 |
| 13-Mar-2019 2346 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0R446 | HILL, DONALD W | 620 | 9165 | 37559 |
| 14-Mar-2019 0016 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0W739 | KENAH, PATRICK J | 620 | 9165 | 91283 |
| 14-Mar-2019 0047 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |
| 14-Mar-2019 0047 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |



NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.

Chicago Police Department
CLEAR
Citizen & Law Enforcement Analysis & Reporting System

Page 1 of 14

Pitts, Jokim v. City of Chicago, et al., 19 C 4573

FCRL 001406

| | |
|---|---|
| Report Date: 17 Dec 2020 | |
| Report Time: 1327 Hrs | **CPD Personnel Who Accessed** |
| Information Services Division | **IR Number: 1309509** |
| Data Warehouse | **01-Dec-2018 Through 15-Mar-2020** |
| Produced by: | |



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 0048 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |
| 14-Mar-2019 0100 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |
| 14-Mar-2019 0102 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |
| 14-Mar-2019 0102 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |
| 14-Mar-2019 0102 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |
| 14-Mar-2019 0102 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |
| 14-Mar-2019 0129 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0BI73 | MCDERMOTT, SEAN P | 022 | 9161 | 119794 |
| 14-Mar-2019 0130 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0BI73 | MCDERMOTT, SEAN P | 022 | 9161 | 119794 |
| 14-Mar-2019 0136 | 1309509 | IR # | FORM | ARRESTEE HISTORY | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |
| 14-Mar-2019 0136 | 1309509 | IR # | REPORT | RAP SHEET | PC0G286 | PIETRZAK, STEPHEN T | 022 | 9171 | 45323 |
| 14-Mar-2019 0154 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0Y748 | GONZALEZ, ALEXANDRA R | 116 | 9161 | 100866 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Chicago Police Department
**CLEAR**
Citizen & Law Enforcement Analysis & Reporting System

Page 2 of 14

Case: 1:19-cv-04573 Document #: 126-8 Filed: 11/11/21 Page 4 of 15 PageID #:1287



| Report Date: | 17 Dec 2020 |
|---|---|
| Report Time: | 1327 Hrs |

**Information Services Division**
Data Warehouse
Produced by:

# CPD Personnel Who Accessed
# IR Number: 1309509
# 01-Dec-2018 Through 15-Mar-2020

**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 0155 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0Y748 | GONZALEZ, ALEXANDRA R | 116 | 9161 | 100866 |
| 14-Mar-2019 0156 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AZ63 | SABO, JASON M | 022 | 9161 | 117398 |
| 14-Mar-2019 0156 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AZ63 | SABO, JASON M | 022 | 9161 | 117398 |
| 14-Mar-2019 0253 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0V994 | RYAN, SEAN T | 610 | 9171 | 13685 |
| 14-Mar-2019 0458 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0Z492 | SALGADO, HUGO | 180 | 9165 | 104534 |
| 14-Mar-2019 0551 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0U912 | GADZIK, NATHAN D | 640 | 9171 | 13187 |
| 14-Mar-2019 0559 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0U912 | GADZIK, NATHAN D | 640 | 9171 | 13187 |
| 14-Mar-2019 0720 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0W562 | JAROCKI, MARC A | 376 | 9161 | 90551 |
| 14-Mar-2019 0738 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AI88 | CURTIN, COLIN P | 610 | 9165 | 111763 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Chicago Police Department
**CLEAR**
Citizen & Law Enforcement Analysis & Reporting System

Page 3 of 14

Pitts, Jokim v. City of Chicago, et al., 19 C 4573

FCRL 001408

```
Report Date:  17 Dec 2020                    CPD Personnel Who Accessed
Report Time:  1327 Hrs                            IR Number: 1309509
Information Services Division                 01-Dec-2018 Through 15-Mar-2020
Data Warehouse
Produced by:
```



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 0744 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0Y100 | RODRIGUEZ, MARIAN A | 114 | 9161 | 99160 |
| 14-Mar-2019 0750 | 1309509 | IR # | FORM | ARRESTEE HISTORY | PC0V033 | ORLANDO, NICHOLAS L | 701 | 9171 | 4959 |
| 14-Mar-2019 0750 | 1309509 | IR # | REPORT | RAP SHEET | PC0V033 | ORLANDO, NICHOLAS L | 701 | 9171 | 4959 |
| 14-Mar-2019 0751 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0K353 | HUSSEY, THOMAS R | 014 | 9171 | 37325 |
| 14-Mar-2019 0751 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0K353 | HUSSEY, THOMAS R | 014 | 9171 | 37325 |
| 14-Mar-2019 0756 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0Q892 | COBB, AARON S | 121 | 9171 | 38353 |
| 14-Mar-2019 0756 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0Q892 | COBB, AARON S | 121 | 9171 | 38353 |
| 14-Mar-2019 0758 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0L213 | GILL, PHYLLIS A | 012 | 9173 | 24669 |
| 14-Mar-2019 0820 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0Q665 | BRESNAHAN, THOMAS F | 115 | 9161 | 42728 |
| 14-Mar-2019 0822 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0Q665 | BRESNAHAN, THOMAS F | 115 | 9161 | 42728 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Chicago Police Department
CLEAR
Citizen & Law Enforcement Analysis & Reporting System

Page 4 of 14

| Report Date: 17 Dec 2020 | | | CPD Personnel Who Accessed | | | | | |
|---|---|---|---|---|---|---|---|---|
| Report Time: 1327 Hrs | | | IR Number: 1309509 | | | | | |
| Information Services Division | | | 01-Dec-2018 Through 15-Mar-2020 | | | | | |
| Data Warehouse | | | | | | | | |
| Produced by: | | | | | | | | |



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 0835 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0Z450 | HARRIS, NICHOLAS G | 716 | 9161 | 104171 |
| 14-Mar-2019 0845 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AV99 | SCHOENY, TRESTON T | 016 | 9161 | 115907 |
| 14-Mar-2019 0845 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AV99 | SCHOENY, TRESTON T | 016 | 9161 | 115907 |
| 14-Mar-2019 0850 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0F194 | MOLINA, JOSEPH D | 016 | 9171 | 17449 |
| 14-Mar-2019 0854 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0F194 | MOLINA, JOSEPH D | 016 | 9171 | 17449 |
| 14-Mar-2019 0857 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AI97 | HEALY, BRIAN J | 606 | 9161 | 111818 |
| 14-Mar-2019 0858 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AI97 | HEALY, BRIAN J | 606 | 9161 | 111818 |
| 14-Mar-2019 0858 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AH80 | MCCANN, KEVIN J | 606 | 9161 | 111548 |
| 14-Mar-2019 0858 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G608 | SVILAR, WILLIAM | 181 | 9171 | 38458 |
| 14-Mar-2019 0905 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0V657 | THURMOND, HUGO E | 124 | 9161 | 4796 |
| 14-Mar-2019 0905 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0V657 | THURMOND, HUGO E | 124 | 9161 | 4796 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Page 5 of 14

| | |
|---|---|
| Report Date: 17 Dec 2020 | **CPD Personnel Who Accessed** |
| Report Time: 1327 Hrs | **IR Number: 1309509** |
| Information Services Division | **01-Dec-2018 Through 15-Mar-2020** |
| Data Warehouse | |
| Produced by: | |



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 0915 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0I285 | ANGSTEN, JAMES E | 116 | 9161 | 31566 |
| 14-Mar-2019 0920 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0R518 | BIRD, JOSEPH J | 121 | 9173 | 57474 |
| 14-Mar-2019 0924 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G608 | SVILAR, WILLIAM | 181 | 9171 | 38458 |
| 14-Mar-2019 0945 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0R833 | DEENIHAN, PATRICK M | 610 | 9165 | 52893 |
| 14-Mar-2019 0945 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0I285 | ANGSTEN, JAMES E | 116 | 9161 | 31566 |
| 14-Mar-2019 1000 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0M287 | MARLEY, WILLIAM P | 606 | 9165 | 51052 |
| 14-Mar-2019 1002 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0E914 | MOSQUERA, JOHN R | 620 | 9171 | 52001 |
| 14-Mar-2019 1002 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0H376 | SCHAB, LAWRENCE C | 353 | 9161 | 56773 |
| 14-Mar-2019 1003 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0E914 | MOSQUERA, JOHN R | 620 | 9171 | 52001 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Citizen & Law Enforcement Analysis & Reporting System

Page 6 of 14

| Report Date: 17 Dec 2020 | CPD Personnel Who Accessed |
| Report Time: 1327 Hrs | IR Number: 1309509 |
| Information Services Division | 01-Dec-2018 Through 15-Mar-2020 |
| Data Warehouse | |
| Produced by: | |



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 1007 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0H376 | SCHAB, LAWRENCE C | 353 | 9161 | 56773 |
| 14-Mar-2019 1008 | 1309509 | IR # | REPORT | RAP SHEET | PC0AI78 | APORONGAO, ALAIN R | 716 | 9161 | 111744 |
| 14-Mar-2019 1010 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AE24 | SCHUMACK, JOHN C | 016 | 9161 | 109139 |
| 14-Mar-2019 1010 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AE24 | SCHUMACK, JOHN C | 016 | 9161 | 109139 |
| 14-Mar-2019 1017 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0E748 | HEMESATH, GEORGE J | 016 | 9161 | 36856 |
| 14-Mar-2019 1035 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AG66 | PONIATOWSKI, DANIEL | 630 | 9165 | 111203 |
| 14-Mar-2019 1036 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AG66 | PONIATOWSKI, DANIEL | 630 | 9165 | 111203 |
| 14-Mar-2019 1112 | 1309509 | IR # | REPORT | RAP SHEET | PC0J527 | COVELLI, TIMOTHY F | 630 | 9165 | 9719 |
| 14-Mar-2019 1114 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0D366 | CICCOLA, DOMINICK A | 606 | 9171 | 1254 |
| 14-Mar-2019 1142 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0I587 | WALLER, FRED L | 142 | 9173 | 5568 |
| 14-Mar-2019 1144 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0I587 | WALLER, FRED L | 142 | 9173 | 5568 |
| 14-Mar-2019 1146 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AS38 | CROTTY, JOHN P | 716 | 9161 | 114944 |
| 14-Mar-2019 1159 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AS38 | CROTTY, JOHN P | 716 | 9161 | 114944 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Page 7 of 14

Case: 1:19-cv-04573 Document #: 126-8 Filed: 11/11/21 Page 9 of 15 PageID #:1292

| Report Date: 17 Dec 2020 | | | | CPD Personnel Who Accessed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Report Time: 1327 Hrs | | | | IR Number: 1309509 | | | | | |
| Information Services Division | | | | 01-Dec-2018 Through 15-Mar-2020 | | | | | |
| Data Warehouse | | | | | | | | | |
| Produced by: | | | | | | | | | |



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 1207 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0J518 | O BRIEN, P TIMOTHY | 630 | 9165 | 13896 |
| 14-Mar-2019 1317 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AQ02 | SIEGEL, ADAM J | 606 | 9165 | 113688 |
| 14-Mar-2019 1325 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0R932 | CLEARY, THOMAS P | 167 | 9171 | 29190 |
| 14-Mar-2019 1326 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0R932 | CLEARY, THOMAS P | 167 | 9171 | 29190 |
| 14-Mar-2019 1328 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0R932 | CLEARY, THOMAS P | 167 | 9171 | 29190 |
| 14-Mar-2019 1338 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0J761 | MUTH, KEVIN W | 606 | 9171 | 55367 |
| 14-Mar-2019 1345 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AL15 | STRANSKI, GREGORY L | 024 | 9161 | 112145 |
| 14-Mar-2019 1345 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AL15 | STRANSKI, GREGORY L | 024 | 9161 | 112145 |
| 14-Mar-2019 1354 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0S974 | BALLAUER, JAMES S | 009 | 9173 | 40517 |
| 14-Mar-2019 1356 | 1309509 | IR # | REPORT | RAP SHEET | PC0S974 | BALLAUER, JAMES S | 009 | 9173 | 40517 |
| 14-Mar-2019 1451 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0BF14 | PETRUS, MELISSA J | 004 | 9161 | 118967 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Chicago Police Department
**CLEAR**
Citizen & Law Enforcement Analysis & Reporting System

Page 8 of 14

Pitts, Jokim v. City of Chicago, et al., 19 C 4573    FCRL 001413

| Report Date: 17 Dec 2020 | CPD Personnel Who Accessed |
| Report Time: 1327 Hrs | IR Number: 1309509 |
| Information Services Division | 01-Dec-2018 Through 15-Mar-2020 |
| Data Warehouse | |
| Produced by: | |



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 1451 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0BF14 | PETRUS, MELISSA J | 004 | 9161 | 118967 |
| 14-Mar-2019 1635 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AY76 | TORRES-WILMORE, NADIA K | 022 | 9161 | 4966 |
| 14-Mar-2019 1635 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AY76 | TORRES-WILMORE, NADIA K | 022 | 9161 | 4966 |
| 14-Mar-2019 1637 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0E955 | BURNETTE, COLLEEN R | 022 | 9161 | 50657 |
| 14-Mar-2019 1639 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0E955 | BURNETTE, COLLEEN R | 022 | 9161 | 50657 |
| 14-Mar-2019 1640 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0E955 | BURNETTE, COLLEEN R | 022 | 9161 | 50657 |
| 14-Mar-2019 1640 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0E955 | BURNETTE, COLLEEN R | 022 | 9161 | 50657 |
| 14-Mar-2019 1818 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G088 | EBERLE, KEVIN R | 606 | 9165 | 51890 |
| 14-Mar-2019 1818 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0G088 | EBERLE, KEVIN R | 606 | 9165 | 51890 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Page 9 of 14

Pitts, Jokim v. City of Chicago, et al., 19 C 4573          FCRL 001414

| | | |
|---|---|---|
| Report Date: 17 Dec 2020<br>Report Time: 1327 Hrs<br>Information Services Division<br>Data Warehouse<br>Produced by: | **CPD Personnel Who Accessed**<br>**IR Number: 1309509**<br>**01-Dec-2018 Through 15-Mar-2020** |  |

**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 1853 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AV87 | PALARCZYK, JAMES T | 022 | 9161 | 115894 |
| 14-Mar-2019 1853 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AV87 | PALARCZYK, JAMES T | 022 | 9161 | 115894 |
| 14-Mar-2019 1902 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0H276 | MC NALLY, DANIEL P | 606 | 9165 | 51214 |
| 14-Mar-2019 1906 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0R055 | NANNINGA, MARY K | 181 | 9171 | 49623 |
| 14-Mar-2019 1909 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AW31 | LOMBARD, KEVIN M | 716 | 9161 | 116008 |
| 14-Mar-2019 1925 | 1309509 | IR # | FORM | ARRESTEE HISTORY | PC0J202 | CIKULIN, NICHOLAS C | 620 | 9165 | 41703 |
| 14-Mar-2019 1925 | 1309509 | IR # | REPORT | RAP SHEET | PC0J202 | CIKULIN, NICHOLAS C | 620 | 9165 | 41703 |
| 14-Mar-2019 2016 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G088 | EBERLE, KEVIN R | 606 | 9165 | 51890 |
| 14-Mar-2019 2016 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0G088 | EBERLE, KEVIN R | 606 | 9165 | 51890 |
| 14-Mar-2019 2129 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0T331 | FOLINO JR, JOHN L | 606 | 9173 | 44209 |
| 14-Mar-2019 2222 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0R188 | JOHNSON, PATRICK B | 606 | 9165 | 34096 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.


Chicago Police Department
CLEAR
Citizen & Law Enforcement Analysis & Reporting System

Page 10 of 14



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Report Date: 17 Dec 2020 | | | | **CPD Personnel Who Accessed** | | | | | |
| Report Time: 1327 Hrs | | | | **IR Number: 1309509** | | | | | |
| Information Services Division | | | | **01-Dec-2018 Through 15-Mar-2020** | | | | | |
| Data Warehouse | | | | | | | | | |
| Produced by: | | | | | | | | | |

**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-2019 2224 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0W232 | CANADAY, ISMARIE A | 166 | 9161 | 12415 |
| 14-Mar-2019 2330 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0Z823 | ELLIOTT, WILLIAM S | 610 | 9165 | 105425 |
| 15-Mar-2019 0230 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AR81 | MARTINEZ, ADRIAN F | 005 | 9122 | 100683 |
| 15-Mar-2019 0520 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G569 | ENGLISH, ANTHONY B | 016 | 9173 | 36940 |
| 15-Mar-2019 0840 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0R560 | GENTILE, WILLIAM F | 116 | 9173 | 12780 |
| 15-Mar-2019 0848 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G974 | LUCAS, AMY J | 017 | 9161 | 17200 |
| 15-Mar-2019 0909 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0V704 | REILLY, GERARD A | 606 | 9165 | 4687 |
| 15-Mar-2019 0913 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0D917 | MITCHELL, THOMAS D | 630 | 9171 | 35809 |
| 15-Mar-2019 0937 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G608 | SVILAR, WILLIAM | 181 | 9171 | 38458 |
| 15-Mar-2019 1044 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0J518 | O BRIEN, P TIMOTHY | 630 | 9165 | 13896 |
| 15-Mar-2019 1152 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AS38 | CROTTY, JOHN P | 716 | 9161 | 114944 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Chicago Police Department
**CLEAR**
Citizen & Law Enforcement Analysis & Reporting System

Page 11 of 14

| | |
|---|---|
| Report Date: 17 Dec 2020 | |
| Report Time: 1327 Hrs | **CPD Personnel Who Accessed** |
| Information Services Division | **IR Number: 1309509** |
| Data Warehouse | **01-Dec-2018 Through 15-Mar-2020** |
| Produced by: | |



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 15-Mar-2019 1254 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0D680 | WADE, LANDON J | 002 | 9173 | 51842 |
| 15-Mar-2019 1331 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0AA25 | MITCHELL, RANITA L | 121 | 9161 | 106270 |
| 15-Mar-2019 1537 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0U993 | KONOW, KAREN M | 121 | 9785 | 40859 |
| 15-Mar-2019 1627 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0Q735 | WINSTEAD, KEVIN T | 620 | 9171 | 32527 |
| 15-Mar-2019 1628 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0Q735 | WINSTEAD, KEVIN T | 620 | 9171 | 32527 |
| 15-Mar-2019 1645 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0S592 | PENDARVIS, TYRONE M | 003 | 9171 | 17370 |
| 16-Mar-2019 0057 | 1309509 | IR # | REPORT | RAP SHEET | PC0U434 | PETRASKI, MICHAEL J | 608 | 9171 | 9581 |
| 16-Mar-2019 0913 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0R329 | CASSARO, ANDREW M | 015 | 9161 | 57059 |
| 17-Mar-2019 1624 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0Z192 | ALTENBACH, ADAM J | 005 | 9161 | 103503 |
| 17-Mar-2019 1626 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0W218 | HERMAN, VINCENT A | 005 | 9161 | 11379 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Chicago Police Department
CLEAR
Citizen & Law Enforcement Analysis & Reporting System

Page 12 of 14

| Report Date: 17 Dec 2020 | | |
|---|---|---|
| Report Time: 1327 Hrs | **CPD Personnel Who Accessed** | |
| Information Services Division | **IR Number: 1309509** | |
| Data Warehouse | **01-Dec-2018 Through 15-Mar-2020** | |
| Produced by: | | |



**1309509: PITTS, JOKIM (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 17-Mar-2019 1632 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0W218 | HERMAN, VINCENT A | 005 | 9161 | 11379 |
| 17-Mar-2019 1706 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0I537 | MOORE-GROSE, MICHELE A | 620 | 9165 | 29500 |
| 17-Mar-2019 1709 | P2,IR-1309509/SID-/FBI-/IDOC-/JUV-N/PURPOSE-C | IR # | REPORT | RAP SHEET | PC0I537 | MOORE-GROSE, MICHELE A | 620 | 9165 | 29500 |
| 17-Mar-2019 2008 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0BC29 | MCINTYRE, THOMAS J | 025 | 9161 | 117982 |
| 18-Mar-2019 1147 | 1309509 | IR # | FORM | ARRESTEE HISTORY | PC0L435 | LAYMAN, RICHARD J | 192 | 9161 | 33971 |
| 18-Mar-2019 1150 | 1309509 | IR # | FORM | ARRESTEE HISTORY | PC0L435 | LAYMAN, RICHARD J | 192 | 9161 | 33971 |
| 18-Mar-2019 1150 | 1309509 | IR # | REPORT | RAP SHEET | PC0L435 | LAYMAN, RICHARD J | 192 | 9161 | 33971 |
| 20-Mar-2019 1159 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0E748 | HEMESATH, GEORGE J | 016 | 9161 | 36856 |
| 20-Mar-2019 1229 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0G569 | ENGLISH, ANTHONY B | 016 | 9173 | 36940 |
| 26-Mar-2019 1332 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AQ45 | SALGADO, MARIA I | 010 | 9161 | 113792 |
| 26-Mar-2019 1340 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AQ45 | SALGADO, MARIA I | 010 | 9161 | 113792 |
| 26-Mar-2019 1340 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AQ45 | SALGADO, MARIA I | 010 | 9161 | 113792 |
| 01-May-2019 1619 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0BR65 | JOHNSON, GLINDA | 114 | 0708 | 96627 |
| 15-Jul-2019 0928 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0BF73 | GRAYER, SHARJUNAE L | 114 | 0302 | 109851 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Page 13 of 14

| Report Date: 17 Dec 2020 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Report Time: 1327 Hrs | | | **CPD Personnel Who Accessed** | | | | | | |
| Information Services Division | | | **IR Number: 1309509** | | | | | | |
| Data Warehouse | | | **01-Dec-2018 Through 15-Mar-2020** | | | | | | |
| Produced by: | | | | | | | | | |



**1309509:  PITTS, JOKIM  (DOB: 08-Jan-1983)**

| ACCESS DATE | UNIQUE ID | ID DESCR | MOD TYPE | MODULE NAME | USERID | NAME | UNIT | TITLE | EMP NO |
|---|---|---|---|---|---|---|---|---|---|
| 25-Jul-2019 1151 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0AR81 | MARTINEZ, ADRIAN  F | 005 | 9122 | 100683 |
| 31-Aug-2019 1826 | P2,IR-1309 509/SID-/F BI-/IDOC-/J UV-N/PUR POSE-C | IR # | REPORT | RAP SHEET | PC0V532 | CORONA, SERGIO  M | 111 | 9161 | 9302 |
| 31-Aug-2019 1901 | P2,IR-1309 509/SID-/F BI-/IDOC-/J UV-N/PUR POSE-C | IR # | REPORT | RAP SHEET | PC0V532 | CORONA, SERGIO  M | 111 | 9161 | 9302 |
| 23-Nov-2019 0742 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0R364 | GILLERLAIN, TODD  C | 121 | 9165 | 56043 |
| 23-Nov-2019 0743 | P2,IR-1309 509/SID-/F BI-/IDOC-/J UV-N/PUR POSE-C | IR # | REPORT | RAP SHEET | PC0R364 | GILLERLAIN, TODD  C | 121 | 9165 | 56043 |
| 01-Jan-2020 1010 | 1309509 | IR # | FLOW | ARRESTEE HISTORY | PC0H786 | MORIARTY, KEVIN  M | 341 | 9171 | 40892 |
| 01-Jan-2020 1010 | P2,IR-1309 509/SID-/F BI-/IDOC-/J UV-N/PUR POSE-C | IR # | REPORT | RAP SHEET | PC0H786 | MORIARTY, KEVIN  M | 341 | 9171 | 40892 |

NOTE: THIS REPORT IS FOR OFFICIAL LAW ENFORCEMENT / AUTHORIZED USE ONLY. THE INFORMATION IS CURRENT AS OF THE DATE AND TIME OF THE REPORT. THIS REPORT IS NOT FOR PUBLIC DISSEMINATION.



Chicago Police Department
CLEAR
Citizen & Law Enforcement Analysis & Reporting System

Page 14 of 14

Pitts, Jokim v. City of Chicago, et al., 19 C 4573

FCRL 001419